IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. |
| EL-AMIN BASHIR, | 14-284-2 |
| Defendant. | |

### ORDER

**AND NOW,** this 5th day of March 2025, upon consideration of Defendant's Motions for Compassionate Release (Doc. Nos. 299, 301, 327, 335, 338), the Government's Responses in Opposition (Doc. Nos. 306, 312, 317, 329, 339, 344), Defendant's Reply (Doc. No. 316), Defendant's Motion to Appoint Counsel (Doc. No. 334), and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Defendant's Motions for Compassionate Release (Doc. Nos. 299, 301, 327, 335, 338) are **DENIED** and, further, that Defendant's Motion to Appoint Counsel (Doc. No. 334) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.